### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hillard, Ananias | Case Number:  05 B 60824 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed:  November 12, 2007

Confirmed:  February 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,237.25 |
| Priority: | | 0.00 |
| Administrative: | | 2,105.20 |
| Trustee Fee: | | 677.44 |
| Other Funds: | | 1,980.11 |
| Totals: | 15,000.00 | 15,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,105.20 | 2,105.20 |
| 2. | National Debt Solutions, LLC | Unsecured | 10,157.73 | 10,157.73 |
| 3. | B-Line LLC | Unsecured | 1,015.35 | 79.52 |
| 4. | CitiMortgage Inc | Secured | | No Claim Filed |
| 5. | AFNI | Unsecured | | No Claim Filed |
| 6. | GEMB | Unsecured | | No Claim Filed |
| 7. | CitiMortgage Inc | Unsecured | | No Claim Filed |
| 8. | CAB Services | Unsecured | | No Claim Filed |
| 9. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,278.28 | $ 12,342.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 240.62 |
| 5% | 93.75 |
| 4.8% | 180.00 |
| 5.4% | 163.07 |
| | _____ |
| | $ 677.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hillard, Ananias                                    Case Number:  05 B 60824
                                                                 Judge:  Hollis, Pamela S
         Printed:  12/28/07                                      Filed:  10/15/05

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

